IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | Criminal Action |
| **KENNETH K. LIVESAY,** ) | 2:03-cr-0182-UWC |
| ) | |
| Defendant. ) | |

### ORDER OF RECUSAL

In the event that the United States Court of Appeals for the Eleventh Circuit reverses the sentence previously imposed by this court, the undersigned hereby disqualifies himself from further proceedings in this case.

_____
U.W. Clemon
United States District Judge